**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 01-6014

_____

KENNETH RAY PACK,

Petitioner - Appellant,

versus

RONALD ANGELONE,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-00-1559-AM)

_____

Submitted:  February 22, 2001          Decided:  March 1, 2001

_____

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Kenneth Ray Pack, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Ray Pack seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Pack's motion to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. Pack v. Angelone, No. CA-00-1559-AM (E.D. Va. filed Nov. 28, 2000; entered Nov. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2